UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Craig Johnson,

Plaintiff,

vs.                                    ORDER ADOPTING THE
                                       REPORT AND RECOMMENDATION
Holiday, City of Baxter,

Defendants.              Civ. No. 16-2691 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED**

1.      Plaintiff Craig Johnson's application for leave to proceed *in forma pauperis*, [Docket

No. 2], is DENIED.

2.      Johnson's Complaint is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §

1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.


                                       s/Ann D. Montgomery
                                       Ann D. Montgomery, Judge
DATED: September 27, 2016              United States District Court
At Minneapolis, Minnesota